**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No.: 14-cv-02531-RM-BNB

JEFFREY HULSE; et al.,

    Plaintiffs,

v.

ADAMS COUNTY, COLORADO; et al.,

    Defendants.

---

**ORDER**

---

UPON Plaintiffs' Unopposed Motion to Dismiss Defendant Scott Miller Without Prejudice (ECF No. 9), the Court, being fully advised in the premises and for good cause shown hereby:

GRANTS Plaintiffs' Motion. Defendant Scott Miller is hereby dismissed from this action without prejudice.

SO ORDERED this 14th day of November, 2014.

                                        BY THE COURT:

                                        RAYMOND P. MOORE
                                        United States District Judge