IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Actions:  14-cv-02531-RM-NYW | Date:  February 24, 2015 |
| Courtroom Deputy:   Brandy Simmons | FTR:   NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| JEFFREY HULSE,<br>KELLY MCCAIN, | *Darold W. Killmer*<br>*Michael Paul Fairhurst* |
| **Plaintiffs,** | |
| v. | |
| ADAMS COUNTY, COLORADO,<br>MICHEL MILLER,<br>CHRISTOPHER GRUENBERGER,<br>DAVID LEHRKE,<br>JEFFREY STOVAL,<br>JAI ROGERS,<br>DEREK DUMMAR,<br>PAUL SISKA,<br>DILLON LUSSIER,<br>DOUGLAS N. DARR,<br>MICHAEL MCINTOSH, | *Juliane Theresa DeMarco* |
| **Defendants,** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING AND SCHEDULING CONFERENCE**

Court in Session:  2:59 p.m.

Appearance of Counsel.

Argument held on Defendants' Partial Motion to Dismiss [12] filed on November 14, 2014.

For the reasons stated on the record, it is

**ORDERED: Defendants' Partial Motion to Dismiss [12] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

**ORDERED: Defendants' Motion for a Partial Stay on Discovery [13] is TAKEN UNDER ADVISEMENT.**

The Parties and court then turned to review of the proposed Scheduling Order submitted.

Discovery cut-off: October 23, 2015.

Dispositive motion deadline: November 23, 2015.

Parties shall designate principal experts on or before: July 31, 2015.
Parties shall designate rebuttal experts on or before: August 28, 2015.

The court informs parties on process for discovery disputes.

A Final Pretrial Conference is set for January 28, 2016 at 11:00 a.m. in Courtroom C-205. The proposed Pretrial Order is due on or before January 21, 2016.

Parties believe that jury trial may take eight days.

Defendant Douglas Darr's deposition may occur under the presumptive limit of no more than a single day of seven (7) hours.

The Proposed Scheduling Order is approved and entered with interlineations made by the court.

Court in Recess:  3:37 p.m.          Hearing concluded.          Total time in Court:  00:38

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.