**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02531-RM-NYW

JEFFREY HULSE, *et al.*,

Plaintiffs,

v.

ADAMS COUNTY, COLORADO, *et al.*,

Defendants.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

      This civil action is before the court on Plaintiffs Jeffrey Hulse, Kelly McCain, and T.H.'s (collectively, "Plaintiffs") Unopposed Motion for Leave to Amend Complaint, filed on May 4, 2015 [#41] (the "Motion").  Pursuant to the Order Referring Case dated September 23, 2014 [#6], the Reassignment dated February 10, 2015, and the Memorandum dated May 5, 2015 [#42], the Motion is before this Magistrate Judge.

      IT IS ORDERED THAT the Motion is GRANTED.  Accordingly, Plaintiff's proposed amended complaint [#41-3] is deemed filed as of the date of this Minute Order.

DATED May 21, 2015