**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-02531-RM-NYW

JEFFREY HULSE, *et al.,*

    Plaintiffs,

v.

ADAMS COUNTY, COLORADO, *et al.,*

    Defendants.

---

**ORDER ON:
(1) RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 36);
AND
(2) DEFENDANTS' PARTIAL MOTION TO DISMISS (ECF NO. 12)**

---

THIS MATTER is before the Court on the Recommendation of United States Magistrate Judge (the "Recommendation") (ECF No. 36) recommending Defendants' Partial Motion to Dismiss (the "Motion") (ECF No. 12) be granted.  No objections to the Recommendation have been filed, although Plaintiffs sought and received an extension of time to do so.  The time for any objections has passed.  Regardless, after the Recommendation was issued, Defendants were granted leave to file an Amended Complaint and did so recently.  (ECF No. 44).  Upon consideration of these facts and circumstances, the court file, and being otherwise fully advised, the Court finds the Motion and Recommendation are moot.  It is therefore **ORDERED**

    (1) That Defendants' Partial Motion to Dismiss (ECF No. 12) is **DENIED AS MOOT**;

        and

(2) That the Recommendation of United States Magistrate Judge (ECF No. 36) is not accepted because it is also **MOOT**.

DATED this 1st day of June, 2015.

                                    BY THE COURT:

                                    _____
                                    RAYMOND P. MOORE
                                    United States District Judge