**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 14-cv-02531-RM-NYW

JEFFREY HULSE, *et al.*,

Plaintiffs,

v.

ADAMS COUNTY, COLORADO, *et al.*,

Defendants.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

     This civil action comes before the court on Plaintiffs Jeffrey Hulse, Kelly McCain, and T.H.'s ("Plaintiffs") Motion for Leave to Exceed Page Limit Regarding Plaintiffs' Response to Defendants' Partial Motion to Dismiss, filed on June 30, 2015 [#49] (the "Motion").  Pursuant to the Memorandum dated June 30, 2015 [#50], the Motion is before this Magistrate Judge.

     IT IS ORDERED that the Motion is GRANTED IN PART.  Plaintiffs may file an opposition brief to the pending partial motion to dismiss of no more than 20 pages.

DATED: July 1, 2015