IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02531-RM-NYW

JEFFREY HULSE, *et al.*,

Plaintiffs,

v.

ADAMS COUNTY, COLORADO, *et al.*,

Defendants.

---

### MINUTE ORDER
---

Entered By Magistrate Judge Nina Y. Wang

This civil action comes before the court on the Parties' Joint Motion to Modify Scheduling Order, filed on July 27, 2015 [#56] (the "Motion").

IT IS ORDERED that the Motion is GRANTED AS FOLLOWS:

(1) The Parties shall designate all experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 31, 2015**;

(2) The Parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 28, 2015;**

(3) The discovery cut-off is hereby re-set to **November 23, 2015**;

(4) The dispositive motion deadline is hereby re-set to **December 15, 2015**.

DATED: July 30, 2015