IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Actions: 14-cv-02531-RM-NYW | Date: November 3, 2015 |
|---|---|
| Courtroom Deputy:   Brandy Simmons | FTR:   NYW COURTROOM C-204* |

| Parties | Counsel |
|---|---|
| JEFFREY HULSE, next friend T.H., <br> T.H., a minor, by and through his father, Jeffrey Hulse, <br> KELLY MCCAIN, <br><br> **Plaintiffs,** <br><br> v. <br><br> ADAMS COUNTY, COLORADO, <br> MICHEL MILLER, <br> CHRISTOPHER GRUENBERGER, <br> DAVID LEHRKE, <br> JEFFREY STOVAL, <br> JAI ROGERS, <br> DEREK DUMMAR, <br> PAUL SISKA, <br> DILLON LUSSIER, <br> DOUGLAS N. DARR, <br><br> **Defendants.** | *Darold W. Killmer* <br> *Michael Paul Fairhurst* <br><br><br><br><br><br><br><br> *Juliane Theresa DeMarco* |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session:  2:59 p.m.

Appearance of Counsel.

Argument held on Defendants' Partial Motion to Dismiss Plaintiffs' Amended Complaint [46] filed June 8, 2015.

**ORDERED: Defendants' Partial Motion to Dismiss Plaintiffs' Amended Complaint [46] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Argument held on Defendants' Motion for Reconsideration of a Partial Stay on Discovery [60] filed September 1, 2015.

**ORDERED: Defendants' Motion for Reconsideration of a Partial Stay on Discovery [60] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Argument held on Defendants' Motion to Compel [66] filed October 14, 2015.

**ORDERED: Defendants' Motion to Compel [66] is GRANTED, and Plaintiffs will bear the incremental cost of a video-conferenced deposition of T.H.  Parties shall confer regarding the date of the deposition.**

Court in Recess:  4:08 p.m.          Hearing concluded.          Total time in Court:  01:07