**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-02531-RM-NYW

JEFFREY HULSE, *et al.,*

    Plaintiffs,

v.

ADAMS COUNTY, COLORADO, *et al.,*

    Defendants.

---

**ORDER OF DISMISSAL AS TO DEFENDANT
DILLON LUSSIER**

---

This matter is before the Court on Plaintiffs' Unopposed Motion to Dismiss Defendant Lussier without Prejudice (ECF No. 75). Upon consideration of the Motion, the file, and the applicable rules, and being otherwise fully advised, it is

**ORDERED** that Plaintiffs' Motion (ECF No. 75) is hereby **GRANTED**. Pursuant to Fed. R. Civ. P. 21,[1] the Plaintiffs' claims and complaint as against Defendant Dillon Lussier only are hereby **DISMISSED WITHOUT PREJUDICE**, with each party to bear his, her, or its own fees and costs. All other Defendants remain in the case; and it is

---

[1] The Court construes the Motion, which states it is filed pursuant to Fed. R. Civ. P. 41(a)(2), to be filed pursuant to Rule 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party.").

**FURTHER ORDERED** that Defendant Dillon Lussier's name shall be removed from the caption in all future filings with the Court.

DATED this 12th day of November, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge