**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action 14-cv-02531-RM-NYW

JEFFREY HULSE,
T.H., a minor, by and through his father, Jeffrey Hulse, and
KELLY MCCAIN,

       Plaintiffs,

v.

ADAMS COUNTY, COLORADO,
MICHEL MILLER,
CHRISTOPHER GRUENBERGER,
DAVID LEHRKE,
JEFREY STOVAL,
JAI ROGERS,
DEREK DUMMAR,
PAUL SISKA, and
DOUGLAS DARR, in their official and individual capacities,

       Defendants.

_____

**ORDER**
_____

Magistrate Judge Nina Y. Wang

    This matter comes before the court on Defendants' Motion for Reconsideration of a Partial Stay on Discovery ("Motion for Reconsideration") [#60, filed Sept. 1, 2015]. This Motion is before the court pursuant to the Order of Reference dated September 23, 2014 [#6] and the memorandum dated September 1, 2015 [#61].

    The Motion for Reconsideration requests that the court reconsider its Order denying a stay of discovery for Plaintiffs' municipal liability claims and impose a more narrow stay on one interrogatory and one request for production pending the outcome of Defendants' Partial Motion to Dismiss. [*Id.* at 5]. Because the court recommends dismissal of Plaintiffs' municipal liability

claims, *see* [#85], it finds that it is in the interest of justice and judicial efficiency to GRANT the Motion for Reconsideration and stay discovery on Plaintiffs' Interrogatory No. 2 and Document Request No. 3, pending consideration by Judge Moore of the court's Recommendation on the Partial Motion to Dismiss.

Therefore, the court **GRANTS** Defendants' Motion for Reconsideration of a Partial Stay on Discovery [#60], and in light of this Order, explicitly **OVERRULES** any inconsistent holdings as reflected in its Courtroom Minutes/Minute Order dated December 23, 2015 [#84].

DATED: January 5, 2016                                    BY THE COURT:

                                                          s/ Nina Y. Wang_____
                                                          United States Magistrate Judge